Peter C. Wetherall, Esq.
NV Bar No. 4414
WETHERALL GROUP, LTD.
9345 West Sunset Road, Suite 100
Las Vegas, Nevada 89148
Tel.: (702) 838-8500
Fax: (702) 837-5081
pwetherall@wetherallgroup.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| MAUREEN BRIDGES; MARIA LISS; MARY CATTLEDGE; FRANKLIN CORPUZ; BARBARA EDDOWES; ARTHUR EINHORN; CAROL EINHORN; WOODROW FINNEY; JOAN FRENKEN; EMMA FUENTES; JUDITH GERENCES; ANNIE GILLESPIE; CYNTHIA GRIEM-RODRIGUEZ; DEBBIE HALL; LLOYD HALL; SHANERA HALL; VIRGINIA HALL; ANNE HAYES; HOMERO HERNANDEZ; SOPHIE HINCHLIFF;ANGEL BARAHONA; MARTA FERNANDEZ-VENTURA; WILLIAM FRALEY; RICHARD FRANCIS; GEORGINA HETHERINGTON; JANICE HOFFMAN; GEORGE JOHNSON; LINDA JOHNSON; SHERON JOHNSON; STEVE JOHNSON; SEAN KEENAN; KAREN KEENEY; DIANE KIRCHER; ORVILLE KIRCHER; STEPHANIE KLINE; KIMBERLY KUNKLE; PATRICIA LEWIS-GLYNN; BETTE LONG; PETER LONGLY; DIANA LOUSIGNONT;MARIA KOLLENDER;DAVID MAGEE;FRANCISCO MANTUA;DANA MARTIN;MARIA MARTINEZ;JOHN MAUIZIO;ANGA MCCLAIN;BARRY MCGIFFIN;MARIAN MILLER;HIEP MORAGA;SONDRA MORENO;JIMMY NIX;NANCY NORMAN;GEORGIA OLSON;MARK OLSON;BEVERLY PERKINS;MARYJANE PERRY;RICKY PETERSON;BRANDILLA PROSS;DALLAS PYMM;LEEANN PINSON;SHIRLEY | CASE NO.: 2:18−cv−02310−JCM−VCF<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

WETHERALL GROUP, LTD.
9345 W. SUNSET ROAD, SUITE 100
LAS VEGAS, NEVADA 89148
(702) 838-8500 • FAX (702) 837-5081

WETHERALL GROUP, LTD.
9345 W. SUNSET ROAD, SUITE 100
LAS VEGAS, NEVADA 89148
(702) 838-8500 • FAX (702) 837-5081

| | |
|---|---|
| 1 | PYRTLE;EVONNE QUAST;RONALD QUAST;LEANNE ROBIE;ELEANOR ROWE;RONALD ROWE;DELORES RUSS;MASSIMINO RUSSELLO;GEOLENE SCHALLER;JAN MICHAEL SHULTZ;FRANCINE SIEGEL;MARLENE SIEMS;RATANAKORN SKELTON;WALLACE STEVENSON;ROBERT STEWART;RORY SUNDSTROM; CAROL SWAN;SONY SYAMALA;RICHARD TAFAYA;JACQUELINE BEATTIE;PRENTICE BESORE;IRENE BILSKI;VIOLA BROTTLUND-WAGNER;PATRICK CHRISTOPHER;PAUL DENORIO;DAVID DONNER;TIMOTHY DYER;DEMECIO GIRON;CAROL HIEL;CAROLYN LAMYER;REBECCA LERMA;JULIE KALSNES f/k/a OLSON;FANNY POOR;FRANCO PROVINCIALI;JOELLEN SHELTON;FRANK STEIN;JANET STEIN;LOIS THOMPSON;FRANK TORRES;FRANK BEALL;PETER BILLITTERI;IRENE CAL;CINDY COOK;EVELYN EALY;KRISTEN FOSTER;PHILLIP GARCIA;JUNE JOHNSON;LARRY JOHNSON;WILLIAM KEPNER;PEGGY LEGG;JOSE LOZANO;JOSEPHINE LOZANO;DEBORAH MADISON;MICHAEL MALONE;ANN MARIE MORALES;GINA RUSSO;COLLEEN TRANQUILL;LORAINE TURRELL;GRAHAM TYE;SCOTT VANDERMOLIN;LOUISE VERDEL;J.HOLLAND WALLIS;ANGELA HAMLER f/k/a WASHINGTON;SHARON WILKINS;MARK WILLIAMSON;STEVE WILLIS;BENYAM YOHANNES;MICHAL ZOOKIN;LIDIA ALDANAY; MARIDEE ALEXANDER; ELSIE AYERS; JACK AYERS; CATHERINE BARBER; LEVELYN BARBER; MATTHEW BEAUCHAMP; SEDRA BECKMAN; THOMAS BEEM; EMMA RUTH BELL; NATHANIA BELL; PAMELA BERTRAND; VICKI BEVERLY; FRED BLACKINGTON; BARBARA BLAIR; |

2

WETHERALL GROUP, LTD.
9345 W. SUNSET ROAD, SUITE 100
LAS VEGAS, NEVADA 89148
(702) 838-8500 • FAX (702) 837-5081

| | |
|---|---|
| 1 | MICHELLE BOYCE; NORANNE BRUMAGEN; HOWARD BUGHER; ROBERT BUSTER; WINIFRED CARTER; CODELL CHAVIS; BONNIE CLARK; KIP COOPER; MICHEL COOPER; CHRISTA COYNE; NIKKI DAWSON; LOU DECKER; PETER DEMPSEY; MARIA DOMINGUEZ; CAROLYN DONAHUE; LAWRENCE DONAHUE; CONRAD DUPONT; DEBORAH ESTEEN;LUPE EVANGELIST;KAREN FANELLI;LAFONDA FLORES;MADELINE FOSTER;ELOISE FREEMAN;ELLAMAE GAINES;LEAH GIRMA;ANTONIO GONZALES;FRANCISCO GONZALES;RICHARD GREEN;ISABEL GRIJALVA;JAMES HAMILTON;BRENDA HARMAN;DONALD HARMAN;SUSAN HENNING;JOSE HERNANDEZ;MARIE HOEG;JAMES H. MCAVOY;MARGUARITE M. MCAVOY;WILLIAM DEHAVEN;VELOY E. BURTON;SHIRLEY  CARR;MARY DOMINGUEZ;CAMILLE  HOWEY;LAVADA SHIPERS;JANNIE SMITH;MILDRED J. TWEEDY;SALVATORE J. SBERNA;JOSEPH LEWANDOWSKI;CAROLE LEE PERRELLI;JOSEPH PERRELLI;MURIEL CAROL HINMAN;KENNETH D. HINMAN;JANICE WELSH;LOIS THOMPSON;LOLA HALL;JAMES ("DICK") GUM;AUDREY GUM;PATRICK SNYDER;EDWARD SUTER;NANCY TITMUSS;MICHAEL TITMUSS;PHYLLIS J. BODELL;HELEN HACKETT;MARTHA TURNER;ROBERT RUGG;KATHERINE HOLZHAUER;ALICIA HOSKINSON;GREG HOUCK;DIONNE JENKINS;JOHN JULIAN;WILLIAM KADER;MARY ELLEN KAISER;VASILIKI KALKANTZAKOS;WILLIAM KEELER;ROBERT KELLAR;SHIRLEY KELLAR;MELANIE KEPPEL;ANITA KINCHEN;PETER KLAS;LINDA KOBIGE;LINDA KORSCHINOWSKI;DURANGO LANE;JUNE LANGER;NANCY LAPA;EDWARD LEVINE;MERSEY LINDSEY;ZOLMAN |

3

WETHERALL GROUP, LTD.
9345 W. SUNSET ROAD, SUITE 100
LAS VEGAS, NEVADA 89148
(702) 838-8500 • FAX (702) 837-5081

| | |
|---|---|
| 1 | LITTLE;STEVE LYONS; MARSENE MAKSYMOWSKI; PAT MARINO; BILLIE |
| 2 | MATHEWS; KRISTINE MAYEDA; CARMEN MCCALL; MICHAEL MCCOY; ANNETTE |
| 3 | MEDLAND; JOSPEHINE MOLINA; LEN MONACO; RACHEL MONTOYA; |
| 4 | THEODORE MORRISON; XUAN MAI NGO; JACQUELINE NOVAK; FAITH O'BRIEN; |
| 5 | DENISE ORR; JAVIER PACHECO; ELI |
| 6 | PINSONAULT; FLORENCE PINSONAULT; STEVE POKRES; TIMOTHY PRICE; STEVEN |
| 7 | RAUSCH; CLIFTON ROLLINS; JOHN |
| 8 | ROMERO; JEAN ROSE; RONALD RUTHER; JUAN SALAZAR; PRISCILLA SALDANA; |
| 9 | BUDDIE SALSBURY; BERNICE SANDERS; DANNY SCALICE; CARL SMITH; VICKIE |
| 10 | SMITH; WILLIAM SNEDEKER; EDWARD |
| 11 | SOLIS; MARY SOLIZ; ROGER SOWINSKI; CYNTHIA SPENCER; STEPHEN STAGG; |
| 12 | TROY STATEN;LINDA STEINER; GWEN STONE; PHAEDRA SUNDAY; CLARENCE |
| 13 | TAYLOR; CATHERINE THOMPSON; |
| 14 | MARGRETT THOMPSON; VERNON THOMPSON; DAVID TOMLIN; VON |
| 15 | TRIMBLE; CHUONG VAN TRONG; JOHN VICCIA; STEVEN VIG; JANET VOPINEK; |
| 16 | KATHY WALENT; LINDA WALKER; |
| 17 | SHIRLEY WASHINGTON; MARY WENTWORTH; BETTY WERNER; SALLY |
| 18 | WEST; DEE LOUISE WHITNEY; SHIRLEY |
| 19 | WOODS; TONY YUTYATAT; CATALINA ZAFRA; METRO ZAMITO; CHRISTINA |
| 20 | ZEPEDA; ANDREW ZIELINSKI; CAROLYN ARMSTRONG; BETTY BRADLEY; |
| 21 | CHARLEEN DAVIS-SHAW; REBECCA DAY; |
| 22 | DION DRAUGH; VINCENZO ESPOSITO, |
| 23 | Plaintiffs, |
| 24 | v. |
| 25 | |
| 26 | TEVA PARENTERAL MEDICINES, INC., formerly known as SICOR |
| 27 | PHARMACEUTICALS, INC.; SICOR, Inc., a Delaware Corporation; BAXTER |
| 28 | HEALTHCARE CORPORATION, |

4

a Delaware Corporation; McKESSON MEDICAL-SURGICAL INC., a Delaware Corporation,

Defendants.

The undersigned counsel of record for plaintiff certifies that to their knowledge, no known interested parties other than those identified in the caption of this case have an interest in the outcome of this case.

DATED this 22nd day of December, 2018.

WETHERALL GROUP, LTD.

by /s/ Peter C. Wetherall
Peter C. Wetherall, Esq.
pwetherall@wetherallgroup.com
NV Bar No. 4414
9345 West Sunset Road, Suite #100
Las Vegas, Nevada 89148
Ph. (702) 838-8500
Fax (702) 837-5081
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of WETHERALL GROUP, LTD. and that on December 22, 2018, I caused the above and foregoing document entitled **CERTIFICATE OF INTERESTED PARTIES** to be served by:

__   by placing same to be deposited for mailing in the United States Mail, in a Sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada; and/or

__   to be served via facsimile; and/or

x_   through CM/ECF and the Court's electronic filing system; and/or

__   to be hand-delivered;

to the attorneys/parties listed below at the address and/or facsimile number indicated below:

PHILIP M. HYMANSON, ESQ.
HENRY JOSEPH HYMANSON, ESQ.
HYMANSON & HYMANSON
8816 Spanish Ridge Avenue Las Vegas, NV 89148
(702) 629-3300 Telephone
(702) 629-3332 Facsimile

                                        /s/ *Kristin L. Smith*
                                        An employee of Wetherall Group, LTD.

WETHERALL GROUP, LTD.
9345 W. SUNSET ROAD, SUITE 100
LAS VEGAS, NEVADA 89148
(702) 838-8500 • FAX (702) 837-5081